**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RAFAEL MÁRCIO MELILLO BASTOS, | |
| Plaintiff, | Civil Action No.: 1:24-cv-00609 |
| v. | Judge LaShonda A. Hunt |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Rafael Márcio Melillo Bastos ("Bastos" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Gemmell to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Rafael Márcio Melillo Bastos and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on February 27, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the

Amazon Payments, Inc. ("Amazon") marketplace, as identified in Exhibit 2 to the Declaration of Rafael Márcio Melillo Bastos as being related to the defendants.

4. I hereby certify that on or before February 27, 2024, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction on said website.

5. I hereby certify that on February 27, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon marketplace, as identified and provided by third parties for Defendants that includes a link to said website. These email accounts were provided to the marketplaces so that these marketplaces may communicate with Defendants regarding issues related to the purchase, transfer, and maintenance of the various accounts.

6. Attached hereto as **Exhibit 1** is a true and correct copy of the email that Plaintiff sent to the email addresses identified in Exhibit 2 to the Declaration of Rafael Márcio Melillo Bastos and any email addresses provided for Defendants by third parties that includes a link to said website.

7. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2024.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*
