Exhibit 1

Case 1:24-cv-00609 Rafael Marcio Melillo Bastos v. The Partnerships and Unincorporated Associations Identified on Schedule A

Attorney <attorney@vogtip.com>
Tue 2/27/2024 9:58 AM

Bcc:SOPHIE JIANG <yanling@jiangip.com>;ybu@jiangip.com <ybu@jiangip.com>;Adam Grodman <agrodman@jiangip.com>;Cameron McIntyre <cmcintyre@jiangip.com>;Patty Bazianos <bazianos.patricia@gmail.com>; Keith Vogt <keith@vogtip.com>;Attorney <attorney@vogtip.com>;Erika Zermeno <ezermeno@jiangip.com>;Monica Martin <mmartin@jiangip.com>;Christopher Romero <cromero@jiangip.com>;shanzshanmsh@outlook.com <shanzshanmsh@outlook.com>;renlairenwang269@tom.com <renlairenwang269@tom.com>;bdzgbdmn@sina.com <bdzgbdmn@sina.com>;yiweius@126.com <yiweius@126.com>;renlairenwang269@tom.com <renlairenwang269@tom.com>;yiweius@126.com <yiweius@126.com>;suyaozhen19910812@outlook.com <suyaozhen19910812@outlook.com>;bdzgbdmn@sina.com <bdzgbdmn@sina.com>;jinrijingxuan@yeah.net <jinrijingxuan@yeah.net>;xiaozhuyankaikaiw@yeah.net <xiaozhuyankaikaiw@yeah.net>;xinxinxiangrong257@163.com <xinxinxiangrong257@163.com>;suyaozhen19910812@outlook.com <suyaozhen19910812@outlook.com>;yingzhaobaby@163.com <yingzhaobaby@163.com>;renlairenwang269@tom.com <renlairenwang269@tom.com>; bdzgbdmn@sina.com <bdzgbdmn@sina.com>;yiweius@126.com <yiweius@126.com>;xinxinxiangrong257@163.com <xinxinxiangrong257@163.com>

📎 6 attachments (2 MB)
1 Complaint.pdf; 25 TRO.pdf; Summons_24cv609.pdf; 28 Motion for Preliminary Injunction [corrected].pdf; 29 Memorandum in Support for Preliminary Injunction.pdf; 30 Notice of Motion for Preliminary Injunction.pdf;

Dear Sirs:

The Defendants operating the Defendant Internet Stores listed in Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendants with violations of United States federal and state laws prohibiting trademark/copyright infringement and counterfeiting. A copy of the Complaint (the full version of the Complaint can be found the link below); Temporary Restraining Order; Summons; and Preliminary Injunction Motion, Notice of Motion and Memorandum in Support, is attached.

These and other legal documents may be obtained from Plaintiff's counsel at the following email address: attorney@vogtip.com and at the following website:

Rafael Marcio Melillo Bastos v. The Partnerships and Unincorporated Associations Identified on Schedule A, Case No. 1:24-cv-00609
http://vogtinternetenforcement.website/?case=24-609

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days after service of this summons upon you. If no appearance or pleading is filed, the Court may render a judgment against the Defendants.

If you do not wish to litigate this matter in court, we can still offer you a settlement for you to get your account back and the case dismissed against you.

Sincerely,
Attorneys for Rafael Marcio Melillo Bastos